# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| George Keritsis,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>　　　　　　Defendant. | Case No: 25-cv-2777-KMM-JFD<br><br><br>**ORDER STAYING DEADLINE<br>TO RESPOND** |
| Simeon Taylor,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>　　　　　　Defendant. | Case No: 25-cv-3020-KMM-JFD |
| Jesus Lopez,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>　　　　　　Defendant. | Case No: 25-cv-3052-KMM-JFD |
| Juanita Hodges,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>　　　　　　Defendant. | Case No: 25-cv-3080-KMM-JFD |
| Sylvia Herrera,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>　　　　　　Defendant. | Case No: 25-cv-3100-KMM-JFD |

| | |
|---|---|
| Cheryl Marotta, David Werner, <br>                  Plaintiffs, <br><br> vs. <br><br> Allianz Life Insurance Company of North America, <br>                  Defendant. | Case No: 25-cv-3109-KMM-JFD |
| David Ogden, <br>                  Plaintiff, <br><br> vs. <br><br> Allianz Life Insurance Company of North America, <br>                  Defendant. | Case No: 25-cv-3111-KMM-JFD |
| Jason Thompson, <br>                  Plaintiff, <br><br> vs. <br><br> Allianz Life Insurance Company of North America, <br>                  Defendant. | Case No: 25-cv-3118-KMM-JFD |
| Richard Manuel Fematt, <br>                  Plaintiff, <br><br> vs. <br><br> Allianz Life Insurance Company of North America, <br>                  Defendant. | Case No: 25-cv-3133-KMM-JFD |
| Janet Goldman, <br>                  Plaintiff, <br><br> vs. <br><br> Allianz Life Insurance Company of North America, <br>                  Defendant. | Case No: 25-cv-3135-KMM-JFD |

| | |
|---|---|
| Sheila Lennon,<br>    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>    Defendant. | Case No: 25-cv-3139-KMM-JFD |
| Eliot Canick,<br>    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>    Defendant. | Case No: 25-cv-3141-KMM-JFD |
| Rebecca Latronico, Miriam Freiberg,<br>    Plaintiffs,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>    Defendant. | Case No: 25-cv-3159-KMM-JFD |
| Paul Berger,<br>    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>    Defendant. | Case No: 25-cv-3221-KMM-JFD |
| Danny Graham,<br>    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>    Defendant. | Case No: 25-cv-3224-KMM-JFD |

| | |
|---|---|
| Glenda Butler,<br>                Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>                Defendant. | Case No: 25-cv-3228-KMM-JFD |
| Joel Zabriskie,<br>                Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>                Defendant. | Case No: 25-cv-3231-KMM-JFD |
| Dianne LaMarre,<br>                Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>                Defendant. | Case No: 25-cv-3237-KMM-JFD |
| Bradley Anderson,<br>                Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>                Defendant. | Case No: 25-cv-3235-KMM-JFD |
| Michael Roaldi, Beth Satterthwaite,<br>                Plaintiffs,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>                Defendant. | Case No: 25-cv-3244-KMM-JFD |

| | |
|---|---|
| Daniel Robinson,<br>    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br>    Defendant. | Case No: 25-cv-3251-KMM-JFD |

   These cases are before the Court for administrative review. A stipulation regarding deadlines has been filed in some of these cases, but not all. After consideration, and consultation between the District Judge and the Magistrate Judge, the Court will adopt the stipulation filed in some matters and will extend to all related cases that stipulation's stay of the deadline to respond to the Complaint. The cases are: 25-cv-3020 (KMM/JFD), 25-cv-3052 (KMM/JFD), 25-cv-3080 (KMM/JFD), 25-cv-3100 (KMM/JFD), 25-cv-3109 (KMM/JFD), 25-cv-3111 (KMM/JFD), 25-cv-3118 (KMM/JFD), 25-cv-3133 (KMM/JFD), 25-cv-3135 (KMM/JFD), 25-cv-3139 (KMM/JFD), 25-cv-3141 (KMM/JFD), 25-cv-3159 (KMM/JFD), 25-cv-3221 (KMM/JFD), 25-cv-3224 (KMM/JFD), 25-cv-3228 (KMM/JFD), 25-cv-3231 (KMM/JFD), 25-cv-3237 (KMM/JFD), 25-cv-3235 (KMM/JFD), 25-cv-3244 (KMM/JFD), 25-cv-3251 (KMM/JFD) and other related cases that may not be filed yet.

   The Court finds that there is good cause to stay Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaints. Good cause includes giving parties who did not join the Stipulation adequate time to discuss coordination of these matters. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Defendant's deadline to answer or otherwise respond to the Complaints is hereby stayed until further order of the Court.

2. The Parties shall file a joint status report by September 12, 2025.

Dated: August 18, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge